UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                             Case No.  07-cr-194-01-SM

Robert Cashmon

O R D E R

Defendant Cashmon's motion to continue the final pretrial conference and trial is granted  (document 20).   Trial has been rescheduled for the February 2008 trial period.   Defendant Cashmon shall file a waiver of speedy trial rights not later than January 17, 2008.    On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference or Change of Plea:**  January 22, 2008 at 2:30 p.m.

**Jury Selection**:  February 5, 2008  at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

January 3, 2008

cc:   Mark Howard, Esq.
      Don Feith, AUSA
      US Probation
      US Marshal